51 F.3d 268
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Ronald Jerry SAWYER, Plaintiff--Appellant,
v.
Edward W. MURRAY; Lonnie M. Saunders; Jack Lee; Counselor
Mueller; Irwin Beckoff; Edward Carey; Psychologist Delk;
Psychologist Lightner; Katie Bailey; MCI
Telecommunications Corporation; Colin Anglicker; Ms.
Millard; Major Braxton; Correctional Officer Mayfield;
Correctional Officer Joyner; Correctional Officer Brown;
Correctional Officer Lee; Correctional Officer Tyler;
Correctional Officer Page; Correctional Officer Valentine;
Correctional Officer Smallwood; Correctional Officer
Austin; Inmate Bowman; Inmate Deloatch; P. J. Mueller,
Counselor; Correctional Officer Sprouse; Correctional
Officer Sprouse, (Mr.); Correctional Officer Kennedy;
Sergeant Campbell; Sergeant Stone; Correctional Officer
Henderson; Major Braxton; Sergeant Braxton; Correctional
Officer Warner; Sergeant Smiley; Sergeant Wilson;
Sergeant Santiago; Captain Day; Sergeant Day; Sergeant
Carter, Sr.; Sergeant Clifton; Correctional Officer
Windle; Correctional Officer Thompson; Correctional
Officer Duke; Roberts Corr Officer; Correctional Officer
Fitzgerald; Correctional Officer Bennett; Correctional
Officer Carter, Jr.; Correctional Officer Alstock;
Correctional Officer Minter; Correctional Officer Fridley;
Correctional Officer Ringo; Correctional Officer Wagner;
Correctional Officer Walton; Correctional Officer Ingram;
Correctional Officer Harper, (Sr.); Correctional Officer
Whitlock; Correctional Officer Peyton; Mrs. Brereton;
Correctional Officer Stewart; Correctional Officer Sampson;
Vonda Grant, Grievance Coordinator; Mrs. Bird, Law
Library;Doctor Casey; Correctional Officer Humphries;
Correctional Officer Oden; Jack Lee; E. R. Barrack,
Internal Affairs; Kenneth Moore, Internal Affairs; Larry
Huffman, Regional Administrator; F. S. Spence, Major; Dana
Vanslyke, Sociologist; Major Mayes; Major Walker; Major
Karnico; Unknown Major; Bobby Via, Correctional Officer;
Jimmy Cale, Correctional Officer; Major Williams,
Defendants--Appellees.
 No. 94-7233.
 United States Court of Appeals, Fourth Circuit.
 Submitted: March 15, 1995
Decided: April 3, 1995
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge. (CA-92-856, CA-93-891, CA-93-933)
 Ronald Jerry Sawyer, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, VA; Colin James Steuart Thomas, III, Timberlake, Smith, Thomas & Moses, P.C., Staunton, VA; Leisa Kube Ciaffone, Gentry, Locke, Rakes & Moore, Roanoke, VA, for Appellees.
 Before RUSSELL and WILLIAMS, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals a magistrate judge's order denying his motions for inspection, a subpoena, and to compel discovery. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This Court may exercise jurisdiction only over final orders, 28 U.S.C. Sec. 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. Sec. 1292 (1988); Fed.R.Civ.P. 54(b); Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.
 
 
 2
 We dismiss the appeal as interlocutory.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 
 *
 We also deny Sawyer's motion for temporary restraining order, his motion for preliminary injunction, his motion for default judgment, and his motion for "relief of order."